IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICK JATEFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-757 JPG |
| | ) | |
| RUDY McINTOSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Currently pending before the Court are Plaintiff's Motion for Sanctions (Doc. 41) and Motion to Compel and for Sanctions (Doc. 44). For the reasons explained below, these motions are **DENIED without prejudice**.

Plaintiff filed the Motion for Sanctions (Doc. 41) on June 9, 2008, seeking costs and attorney fees incurred in preparing for the deposition of Defendant Rudy McIntosh, for which Defendant McIntosh did not appear. Plaintiff filed the Motion to Compel and for Sanctions (Doc. 44) on July 15, 2008. The motion informed the Court that Defendant Mister did not appear for his deposition. Plaintiff, therefore, seeks an order compelling Defendant Mister to appear for his deposition, and for costs and attorney fees associated with the scheduled deposition for which Defendant Mister did not appear.

The Court has periodically conducted status conferences in this case. The parties have informed the Court that the depositions of Defendants McIntosh and Mister have been completed. The parties have also informed the Court that they moving towards settlement and resolution of the issues in the case, although settlement has not formally been reached. Accordingly, to remove any impediment to settlement, the Motion for Sanctions (Doc. 41) and the Motion to Compel and for Sanctions (Doc. 44) are **DENIED without prejudice**. The Plaintiff is granted leave to refile these

motions if the ongoing settlement negotiations are not fruitful.

**IT IS SO ORDERED.**

**DATED: March 31, 2009**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**