UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK JATEFF,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDY MCINTOSH, East St. Louis Police Officer, individually and in official capacity; DENNIS BUTLER, East St. Louis Police Officer, individually and in official capacity; JAMES MISTER, (former) East St. Louis Police Chief, individually; CITY OF EAST ST. LOUIS, a municipal corporation; and MICHAEL HUBBARD, individually and in official capacity,<br><br>    Defendants. | Case No. 07-cv-757-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 62). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be voluntarily dismissed if a stipulation is signed by all parties who have appeared in the case. Michael Hubbard remains the only defendant in this case, and the instant stipulation has been signed by counsel for Patrick Jateff and Hubbard. As such, the Court finds that the action against Hubbard is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 6, 2009**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**