UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK JATEFF, <br><br> Plaintiff, <br><br> v. <br><br> RUDY MCINTOSH, East St. Louis Police Officer, individually and in official capacity; DENNIS BUTLER, East St. Louis Police Officer, individually and in official capacity; JAMES MISTER, (former) East St. Louis Police Chief, individually; CITY OF EAST ST. LOUIS, a municipal corporation; and MICHAEL HUBBARD, individually and in official capacity, <br><br> Defendants. | Case No. 07-cv-757-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

NANCY J. ROSENSTENGEL

By:s/Deborah Agans, Deputy Clerk

**Dated: October 6, 2009**

**Approved:**  s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**